UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

 PLAINTIFF,

              CASE NO.: 09-cv-105-RD-EMT

v.

HUBERT E. STEELEY, URSULA E. STEELEY,
L.L. LANIER, MARTHA T. LANIER,
JOHN A. BALDWIN, and BAY POINT
IMPROVEMENT ASSOCIATION, INC., d/b/a
BAY POINT COMMUNITY ASSOCIATION,

 DEFENDANT.

# ANSWER

  **COMES NOW**, the Defendant, Hubert E. Steeley, by and through his undersigned attorney and in response to the Complaint filed herein by Plaintiff would state as follows:

  1.  Admitted.

  2.  Without knowledge and therefore denied.

  3.  Admitted.

  4.  Admitted.

  5.  Denied.

  6.  Admitted.

  7.  Admitted.

  8.  Admitted.

  9.  Admitted.

  10.  Admitted.

  11.  Denied.

12. Denied as pled. Admitted as to actual accurate records.

13. Denied.

14. Admits the allegations as to assessment and denies same as to accuracy and demands strict proof thereof.

15. Admitted.

16. Admitted as to payment of full amount due and denied as to the amount owed on account of the assessments.

17. Admitted.

18. Admitted.

19. Admitted as to date of acquisition. Denied as to subsequent conveyance of same.

20. None pled.

21. Admitted.

22. Admitted.

23. Admitted as to the filing of amended lien notices and without knowledge as to remaining allegations and demand strict proof thereof.

24. Denied.

## AFFIRMATIVE DEFENSES

25. Defendant would state as an Affirmative Defense the defense of failure to state a claim upon which relief can be granted due to the fact the documents referenced in the Complaint were not attached as Exhibits to the Complaint.

**WHEREFORE** Defendant respectfully requests the entry of a judgment of this Court in favor of Defendant and for such other and further relief as this Court may deem mete and proper.

Respectfully submitted this 14th day of August, 2009.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy has been furnished via U.S. Mail and/or facsimile and/or electronic means to Gregory L. Jones, U.S. Department of Justice, 14198 Ben Franklin Station, Washington, DC 20044 and John A. Baldwin, Baldwin & Morrison, PA, Fern Park, FL, 7100 US Highway 17-92, Fern Park, FL 32730, this 14th day of August, 2009.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**
Florida Bar Number: 0157085
211 East Call Street
Tallahassee, Florida 32301-7607
Telephone: (850) 222-2311
Facsimile: (850) 222-2120
edrudelaw@earthlink.net