# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

      PLAINTIFF,

                               CASE NO.: 09-cv-105-RD-EMT

v.

HUBERT E. STEELEY, URSULA E. STEELEY,
L.L. LANIER, MARTHA T. LANIER,
JOHN A. BALDWIN, and BAY POINT
IMPROVEMENT ASSOCIATION, INC., d/b/a
BAY POINT COMMUNITY ASSOCIATION,

      DEFENDANTS.

_____/

## MOTION OF DEFENDANT HUBERT E. STEELEY TO ABATE AND STRIKE

      **COMES NOW,** the Defendant, Hubert E. Steeley and files his Motion to Abate and Strike the relevant sections of paragraph 14 of Plaintiff's Complaint as it relates to the assessed trust fund recovery penalties for the periods ending December 31, 1998, assessed on February 19, 2001 in the amount of $52,574.71 and September 30, 1999 assessed on August 16, 2000, in the amount of $597,468.58 due to the fact the assessments are a violation of the Tax Payer's Bill of Rights regarding the assessment of Trust Fund Recovery Penalties as required by Section 6672, Internal Revenue Code at Section 901 and in support hereof would state as follows:

      1.    Sections 6672 of the Internal Revenue Code and section 901 thereof require the agency to notify the taxpayer that the tax payer shall be subject to an assessment under the Internal Revenue Code, Section 6672. Said notification in writing is referred to by the Internal Revenue Code as Letter 1153 (DO) and requires it to precede any notice and demand of a penalty by at least sixty (60) days.

      2.    Defendant, Hubert E. Steeley received the required letter 1153 (DO) notice and the required form 2751 proposed assessment and received an assessment on or about June 14, 2000 as

indicated at the IRS summary of activities, (TC # 243) at Exhibit "A" attached hereto and incorporated herein by reference.

3.      After discussions with representatives of the Internal Revenue Service on June 14, 2000, the decision was made to not assess said amounts against Defendant, Hubert E. Steeley, as indicated at TC #241 at Exhibit "A". Notwithstanding the foregoing, without benefit of the required letter 1153 (DO) notice or the Form 2751 proposed assessment or an assessment, the Internal Revenue Service reassessed said amount against Defendant, Hubert E. Steeley on February 19, 2001, as indicated at TC # 240 at Exhibit "A", without notice to Defendant and accordingly pursuant to IRM 5.19.1.7.4.2(10-1-2001), said assessment should be abated and any reference thereto striken from Plaintiff's Amended Complaint.

4.      Defendant, Hubert E. Steeley did not receive the letter 1153 (DO) notice and did not receive a proposed assessment (Form 2751), regarding the assessment on August 16, 2000 in the amount of $597,468.58.

5.      Pursuant to IRM 5.19.1.7.4.2(10-1-2001) any assessment made before sending the 1153 (DO) notice must be abated. A true and correct copy of the provision in the internal revenue manual providing for the effects of the Taxpayers Bill of Rights attached is hereto at Exhibit "B" and incorporated herein by reference.

WHEREFORE, Defendant respectfully requests the entry of this Courts Order abating the above referenced assessments, striking references thereto from Plaintiff's Amended Complaint and for such other and further relief as this Court may deem appropriate, to include an award of attorneys fees and costs to Defendant.

Respectfully submitted this 29th day of March, 2010.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**
Florida Bar Number:  0157985
211 East Call Street
Tallahassee, Florida 32301-7607
Telephone:  (850) 222-2311

2

Facsimile:   (850) 222-2120
edrudelaw@earthlink.net

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy has been furnished via U.S. Mail and/or facsimile and/or electronic means to **William E. Farrior, Esq.** Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 14198 Ben Franklin Station, Washington, DC 20044; **Charles S. Ilser, III, Esq.,** P.O. Box 430 Panama City, FL 32402 and **John A. Baldwin, Esq. Baldwin & Morrison, PA,** Fern Park, FL, 7100 US Highway 17-92, Fern Park, FL 32730, this 29th day of March, 2010.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**

3

# EXHIBIT "A"

```
Station Name: DOT002WA2043373 Date: 7/13/2007 Time: 2:52:02 PM

IMFOLT███████████ ████████P01  IMF CIVIL PENALTY      NM CTRL:STEE
07254-636-53058-0                             SPSSN           UP-CYC:28
HUBERT E STEELEY                              TOT EXEMPTIONS:00  FMS:1
                               STATUS:26 STATUS DATE:01092006 AIMS :0
NEXT  CSED:07-06-2011 ASSESSED BAL:   37,349.40 SETTLMNT DATE:  LIEN :4
LAST  CSED:07-06-2011 TOT INTEREST:   20,620.49 INTEREST DATE:07092007 BWI  :
FIRST CSED:07-06-2011 INT ASSESSED:         .00 DISASTER RDD :  BWNC :0
        ASED:          INT PAID:          .00 DISASTERSTART:  CC81 :0
        RSED:          FTP TOTAL:         .00 GOVRN SC:28 HIST LC:59 CC85 :0
      FREEZE:T  -      FTP ASSESSED:      .00 MATH IN: TDA COPY:  TC914:0
INDICATORS:                                                     CAF  :2
EFT-IND:0 DDRC :00PDC-CD:00                                     TFRP :1

✓TC   DATE      AMOUNT     CYCLE        DLN             VARIABLE DATA
✓243 06142000   52,574.71  20002708  59251-166-14500-0 REF-NUM:618
 370 06142000        .00   20002708  59251-166-14500-0
 290 06142000        .00   20002708  59251-166-14500-0
 196 07172000     428.31   20002708  59251-166-14500-0
 971 06292000        .00   20044308  07277-585-03130-0 XREF:59-3049407 01199809
                 ACT-CD: 097                    MEMO:        .00
 971 06292000        .00   20064308  07277-585-03131-0 XREF:59-3049407 01199812
                 ACT-CD: 097                    MEMO:   37,349.40
✓241 06142000   52,574.71- 20003508  07254-636-53058-0 REF-NUM:618
 290 09112000        .00   20003508  07254-636-53058-0
 197 09112000     428.31-  20003508  07254-636-53058-0
✓240 02192001   52,574.71  20010608  07254-430-52008-1 XREF:59-3049407
                                              CSED:07062011 REF-NUM:618
 290 02192001        .00   20010608  07254-430-52008-1
 971 03032001        .00   20011108  07277-464-09461-1 ACT-CD: 611
 971 04192001        .00   20011708  59277-509-09270-1 ACT-CD: 611
 971 05072001        .00   20011808  28277-001-99999-1 ACT-CD: 060
 480 11142001        .00   20014808  59277-720-00620-1
 972 12102001        .00   20014908  28277-001-99999-1 ACT-CD: 060
 706 04152002   10,983.00- 20024308  07254-636-53058-0 XREF:30200112
 483 11142001        .00   20031208  49277-470-57002-3
 670 03112003        .00   20031308  49218-478-03786-3
 363 04072003      36.00   20031308  49218-478-03786-3 DESG-PYMT-CD:99
 971 03152003        .00   20031308  63277-476-00525-3 ACT-CD: 611
 971 03312003        .00   20031308  28277-001-99999-3 ACT-CD: 060
 582 03142003        .00   20031408  49277-480-05194-3
 972 04072003        .00   20031408  28277-001-99999-3 ACT-CD: 060
 971 05122003        .00   20031808  07277-999-99999-3 ACT-CD: 061
 971 09252003        .00   20034108  49277-672-02486-3 ACT-CD: 069
 971 10072003        .00   20034308  49277-687-08917-3 ACT-CD: 066
 520 10162003        .00   20034908  56277-729-02185-3 CC:77
 971 10162003        .00   20040708  49277-442-02312-4 ACT-CD: 275
 960 04062004        .00   20041508  61277-497-01286-4
 521 03012004        .00   20042408  56277-561-03209-4 CC:77
 972 06282004        .00   20042408  07277-999-99999-4 ACT-CD: 061
 962 07082004        .00   20042808  86277-590-00938-4
 670 08192004    3,130.52- 20043608  49217-240-09401-4 DESG-PYMT-CD:05
 530 09032004        .00   20043708  49277-652-00946-4 CC:32
 670 09082004     124.81-  20043608  49217-258-07100-4 DESG-PYMT-CD:05
 531 06062005        .00   20052508  28277-564-06519-5
 971 06112005        .00   20052508  63277-564-00712-5 ACT-CD: 611
 670 08172006     986.98-  20063508  29217-235-02603-6 DESG-PYMT-CD:05
 361 04072003      36.00-  20071808  17254-510-52006-7
 290 05142007        .00   20071808  17254-510-52006-7
 582 04272007        .00   20071908  28277-521-56781-7
```

# EXHIBIT "B"

**Internal revenue Manual**
**8.21.5.6 (06-01-2007)**
**Effects of Taxpayer's Bill of Rights II (TBOR II) on Assessment of Trust Fund Recovery Penalties (TFRP)**

1. On July 30, 1996, Congress passed the "Taxpayer Bill of Rights II" . TBOR II contains more than 40 provisions. Title IX – Modifications to Penalty and Failure to Collect and Pay Over Tax (IRC Section 6672), Section 901 requires the Agency to:

    A. notify the taxpayer, in writing by mail to an address as determined under IRC section 6212(b) that the taxpayer shall be subject to an assessment under IRC section 6672.

    B. **the mailing of above-mentioned notice, Letter 1153 (DO), shall precede any notice and demand of same penalty by at least 60 days.**

    C. if the notice described in paragraph (a) is mailed before the expiration of the period provided by IRC 6501 for the assessment of such penalty (determined without regard to this paragraph), the period provided by such section for the assessment of such penalty shall not expire before the later of –

    the date 90 days after the date on which such notice was mailed, or

    if there is a timely protest of the proposed assessment, the date 30 days after Appeals makes a final administrative determination with respect to such protest.

    **Note:**

    A timely protest of a proposed TFRP assessment is one that is mailed within 60 days after the Letter 1153 (DO) is mailed or delivered in person.

Any assessment made before sending the 1153(DO) must be abated.  IRM 5.19.1.7.4.2 (10-1-2001) Jeopardy assessments, however, are not constrained by this 60-day notice requirement.

--------------------------------------------------------------------------------------------------------------------