# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:09-cv-105-RS-EMT |
| | ) |
| HUBERT E. STEELEY, URSULA E. | ) |
| STEELEY, JOHN A. BALDWIN, | ) |
| BAY POINT IMPROVEMENT | ) |
| ASSOCIATION, INC. d/b/a BAY POINT | ) |
| COMMUNITY ASSOCIATION, and | ) |
| BEN LANIER as Trustee for the | ) |
| LAVERNOR LAVEON LANIER, JR. | ) |
| a/k/a L.L. LANIER AND MARTHA T. | ) |
| LANIER FAMILY TRUST, | ) |
| Defendants. | ) |

## JUDGMENT

Before me is the United States' Motion For Entry Of Judgment Against Defendant Hubert E. Steeley (Doc. 109). In accordance with the Order (Doc. 68) granting in part the United States' Motion for Summary Judgment and the Findings of Fact and Conclusions of Law (Docs. 97 & 102),

**IT IS ORDERED** that judgment is entered in favor of the United States of America against Hubert E. Steeley in the amount of $843,049.26 as of March 19, 2009, plus fees and interest as provided by law pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c) until paid.

**ORDERED** on April 18, 2011.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**