IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:09-cv-105-RS-EMT |
| | ) | |
| HUBERT E. STEELEY, URSULA E. | ) | |
| STEELEY, JOHN A. BALDWIN, | ) | |
| BAY POINT IMPROVEMENT | ) | |
| ASSOCIATION, INC. d/b/a BAY POINT | ) | |
| COMMUNITY ASSOCIATION, and | ) | |
| BEN LANIER as Trustee for the | ) | |
| LAVERNOR LAVEON LANIER, JR. | ) | |
| a/k/a L.L. LANIER AND MARTHA T. | ) | |
| LANIER FAMILY TRUST, | ) | |
| Defendants. | ) | |

## ORDER GRANTING  UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST  DEFENDANT BAY POINT IMPROVEMENT ASSOCIATION, INC. d/b/a BAY POINT COMMUNITY ASSOCIATION

Before me is Plaintiff's Motion for Default Judgment Against Defendant Bay

Point Improvement Association, Inc. d/b/a Bay Point Community Association (Doc. 110).

**IT IS ORDERED**:

1.      Plaintiff United States' Motion for Default Judgment is **granted**.

2.      Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, judgment

by default is granted in favor of the United States of America against Defendant Bay

Point Improvement Association, Inc. d/b/a Bay Point Community Association such that it

is found to have no enforceable lien upon or interest in the real properties that are the

subject of this foreclosure action.  The properties shall be sold free and clear of any

interest Bay Point may otherwise possess.

**ORDERED** on April 18, 2011.


        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**

4624560.1